Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Virginia

_____ Division

TREMEL MARQUIS ROSSER

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Susie Wiles  / Sara A. Carter / Lieutenant General
William J. Hartman/
David O. Sacks

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

Case No. ___2:25 cv 502___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TREMEL MARQUIS ROSSER |
| Address | 1683 GUTHRIE ST. |

| | | |
|---|---|---|
| VIRGINIA BEACH | VA | 23464 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 7575050331 |
| E-Mail Address | TMEL76@GMAIL.COM |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lieutenant General William J. Hartman |
| Job or Title *(if known)* | National Security Agency Director |
| Address | 9800 Savage Rd, Suite 6272 |

| | | |
|---|---|---|
| FORTMEADE | MD | 20755 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sara A. Carter |
| Job or Title *(if known)* | Office of National Drug Control Policy |
| Address | 1800 G St NW |

| | | |
|---|---|---|
| WASHINGTON | DC | 20006 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Susie Wiles |
| Job or Title *(if known)* | White House Chief of Staff |
| Address | 1600 Pennsylvania Avenue NW |

| WASHINGTON | DC | 20500 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number    (202) 456-1111

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | David O. Sacks |
| Job or Title *(if known)* | White House AI and crypto czar |
| Address | 1600 Pennsylvania Ave NW Washington, DC 20500 |

| WASHINGTON | DC | 20500 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment III
No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law./Statutory Right Law/ HUMAN RIGHT Article 7 of the ICCPR declares that 'No one shall be sub•ject•ed to tor•ture or to cruel, inhuman or degrad•ing treat• ment or punishment."

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

18  113B USC  SEC 2332i/    18 USC 2340A/18 USC 1505/  5 U.S. Code § 3331 OATH OF OFFICE /
21 USC CHAPTER 6/   21 USC 1907/ 21 USC 2341 /42 U.S. Code § 1983 / 18 USC 231 /18 USC
1091 /18 USC 2331 /18 USC 2339/21 USC Ch. 11/ 21 USC 1902 /  21 USC CHAPTER 6 /18 USC
226/18 USC Ch. 25/18 USC Ch. 41 /18 USC 1016/18 USC 1031/18 USC Ch. 51 /18 USC 1349/18 USC
1621/18 USC Ch. 84/18 USC 1091/18 USC Ch. 95/18 USC 2118/18 USC 2246 /18 USC Ch. 118

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

**42 U.S. Code § 1983**

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

FOR THE LAST TEN YEARS . JUNE 2015 UNTIL  1/22/2025 .LIVE  IN MY HOUSE AT 1683 GUTHRIE  ST  VA BEACH , VA 23464 . AS  I CALL   ALL   YOULL OFFICES OFFICIAL USE OF GOVERNEMENT OFFICES AND  YOULL TURNUP  OF RETIALITION USE  AND ABDUCTION  OF VIRGINIA BEACH POLICE  FOR QUESTIONG YOULL OF MY CIVIL  AND CONSTITUITIONAL RIGHT . FALSE ARREST AND ABDUCTION  TO  JAIL AND PAVILLION WILLIAMSBURG  VA.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 2015 . READING  STARLINK USE   AND LISTENING TO  THE INTERNET POLICE . REVEALS STARTED  OF MIND READING AND  GHOST REVEAL IN MY HOUSE .AND SUBMIT TIP TO ALL GOVERNMENT AGENCIES UNTIL WAS RETIALITION TORTURE TURNUP USE OF ALL LIVE FORENSIC  SIT IN MY HOUSE LIKE ANTENNA  USE FOR ALL YOULL OFFICES AS I CALL  . AND ACT LIKE NOTHING GOING . FOREVER HOLOCUAST  AI FORENSIC OF EVIDENCE .

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

FOR THE LAST TEN YEARS . JUNE 2015 UNTIL  1/22/2025 LIVE  IN MY HOUSE AT 1683 GUTHRIE ST  VA BEACH , VA  23464 . AS  I CALL   ALL   YOULL OFFICES OF OFFICIAL USE GOVERNEMENT OFFICES USE  OF  YOULL JOB DESCRIPTION AND  YOULL TURNUP  OF RETIALITION  AND ABDUCTION  OF  VIRGINIA BEACH POLICE  FOR QUESTIONG YOULL. FALSE ARREST AND ABDUCTION TO PAVILLION WILLIAMBURG   FACILITY AND VIRGINE BEACH JAIL . AND BEEN CALLING MAGISTRATE OF  VIRGINIA BEACH LAST 5 YEARS HOW TO PRESS CHARGES .  ALSO YOULL JETS PULLS  NUCLEAR TRANSMISSION  AND HOVER LIKE  STAR . RECORDED  FORENSIC F PAST HISTORY  LIVE AND FUTURE FOREVER FORENSIC . TRAFFIC FORENSIC READING .AND GROSS NEGLECT  DEFIANCE  OF FEDERAL  LAWS OF EVOLUTION ENDING .

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEVERE  HEADACHES AND NERVES FLINCHING 24 HOURS AND   WEAPON MASSS DESTRUCTION OF YOULL SECURITY USE  REFRENCES  TIPS. TYPE LIKE THE STAR  AND GHOST REVEAL PUDDLE ON MY PRIVATE PARTS AND IMPLANT OF YOULL TRANSMISSION AS I TYPE THIS. AND BREAKING ELECTRONIC  . MEDICAL  USE  FOUND BC POWDER  ARTHRITIS  HEADACHE RELIEF. WAKE UP IN SLEEP  ATTACKS TO PARALYZE ME  FOR YOULL LIVE FORENSIC . FOREVER AI FORENSIC .

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

REWARDS FOR JUSTICE  IS THE DEPARTMENT OF STATES  PREMIER  NATIONAL SECURITY REWARD PROGRAM. IT WAS ESTABLISHED  BY  THE 1984  ACT  TO COMBAT INTERNATIONAL TERRORISM, PUBLIC LAW 98-533 /.CODIFIED AT 22 USC 2708/ AND IS ADMINISTERED BY THE  DIPLOMATIC SECURITY,  FOR PREVENTION I IN THE FUTURE   .10 YEARS OF LOST WAGES  EMOTIONAL  DISTRESS PUNTIVEDAMAGES  TORTURE   TERROR LIVE FORENSIC   ACTUAL DAMAGE 43 BILLION  DOLLARS PUNITIVE DAMAGES 43 BILLION DOLLARS  USE FOR  GROSS NEGLECT OF ONDCP  DRUG CONTOL POLICY  FUNDING . DESTRUCTION OF PROPERTY  HOME  AND ELECTRONICS ,CAR , SEMI TRUCK FOR  PORT  WORK .PSYCHOLOGICAL TORTURE  AND ALL ACT LIKE NOTHNG GOING ON OF AI FORENSIC FOREVER  EVIDENCE.ND GROSS NEGLECT  DEFIANCE OF FEDERAL  LAWS OF EVOLUTION ENDING .

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   08/15/2025

Signature of Plaintiff

Printed Name of Plaintiff   TREMEL MARQUIS ROSSER

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address