UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION



FILED

OCT 2 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Plaintiff(s)

*Tremel Rosser*

v.

Defendant(s)

*Hartman*

CIVIL ACTION NO. 2:25-CV-00502 JKW-RJK

CRIMINAL NO. _____

## NOTICE OF APPEAL

Notice is hereby given that

_____*Tremel Rosser*_____ above named, hereby appeals to

the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on

the 20 day of *October* 20 *25*

_____
Attorney or Pro Se Appellant

*1683 Guthrie St*
*Va. Beach, Va 23464*
Address

Dated: *10/20/2025*